UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE ANDREW FOSTER,<br><br>Defendant. | Case No. 23cr0944-JO<br><br>[PROPOSED] AMENDED ORDER OF CRIMINAL FORFEITURE |

On September 08, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of EUGENE ANDREW FOSTER ("Defendant") in the following specific properties pursuant to Title 21, United States Code, Sections 853(a)(l) and 853(a)(2):

    a.    $19,490.00 U.S. Currency;

    b.    One (1) Polymer 80 PF940v2 9MM handgun;

    c.    One Magpul P-Mag Glock 10 rnd magazine;

    d.    Ten (10) rounds of 9mm Ammunition;

    e.    One (1) Cricket phone;

    f.    One (1) Samsung phone;

    g.    One (1) blue Motorola phone;

    h.    One (1) blue Wiko phone;

    i.    One (1) black T-Mobile phone.

For thirty (30) consecutive days ending on December 31, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited specific properties. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of EUGENE ANDREW FOSTER and any and all third parties in the following specific properties is hereby condemned, forfeited and vested in the United States of America:

    a.     $19,490.00 U.S. Currency;
    b.     One (1) Polymer 80 PF940v2 9MM handgun;
    c.     One Magpul P-Mag Glock 10 rnd magazine;
    d.     Ten (10) rounds of 9mm Ammunition;
    e.     One (1) Cricket phone;
    f.     One (1) Samsung phone;
    g.     One (1) blue Motorola phone;
    h.     One (1) blue Wiko phone;
    i.     One (1) black T-Mobile phone.

1  IT IS FURTHER ORDERED that Homeland Security Investigations shall
2  dispose of the forfeited specific properties according to law.
3  DATED:
4  4/23/24

   _____
   Hon. Jinsook Ohta
   United States District Court Judge