AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eugene Andrew Foster | ) | Case No: 23-cr-0944-JO |
|  | ) | USM No: 54878-510 |
| Date of Original Judgment: 09/12/2023 | ) | |
| Date of Previous Amended Judgment: | ) | LeRoy George Siddell |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The Defendant was sentenced to a statutory minimum mandatory term of 60 months. Accordingly, the Court DENIES the Defendant's motion to reduce the sentence because "[a] retroactive amendment to the Guidelines cannot reduce a sentence below the statutory minimum term." *United States v. Sykes*, 658 F.3d 1140, 1146 (9th Cir. 2011) (citing *United States v. Paulk*, 569 F.3d 1094, 1095–96 (9th Cir.2009)); USSG § 1B1.10, comment n.1(a) ("[A] reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582 (c)(2) and is not consistent with this policy statement if...the amendment does not have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline or statutory provision (*e.g.*, a statutory mandatory minimum term of imprisonment).").

Except as otherwise provided, all provisions of the judgment dated  9/12/23  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/29/24

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

Honorable Jinsook Ohta, United States District Judge
*Printed name and title*